IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR O. ARMSTRONG,            )
                                )
            Plaintiff,           )
                                )    1:23-cv-297
    v.                           )
                                )
NORTH CAROLINA, et. al.,         )
                                )
            Defendants.          )

**<u>ORDER</u>**

This matter is before this court for review of the Recommendation filed on April 21, 2023, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 3), as well as for rulings on several motions, (<u>see</u> Docs. 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18), filed by Plaintiff. In the Recommendation, the Magistrate Judge recommends that the Complaint be dismissed. (Doc. 3.) Plaintiff did not object to the Recommendation.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . . or recommit the matter to the [M]agistrate [J]udge with instructions." 28 U.S.C. § 636(b)(1).

This court has appropriately reviewed the Recommendation and finds the Magistrate Judge's Recommendation should be and is hereby adopted. This court has also reviewed Plaintiff's Motions and determined that Plaintiff's Motion for Leave to File

Complaint, (Doc. 5), shall be denied due to its conclusory nature and that it is otherwise defective for the same basic reasons noted in the Recommendation. Furthermore, Plaintiff's other Motions, (Docs. 6-18), shall be stricken because they are procedurally improper and otherwise defective for the same basic reasons noted in the Recommendation. Plaintiff is hereby cautioned against making similar improper filings in any other cases. Failure to heed this warning shall result in the imposition of monetary and non-monetary sanctions.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED,** that Plaintiff's Motion for Leave to File Complaint, (Doc. 5), is **DENIED,** and that Plaintiff's other Motions, (Docs. 6-18), are **STRICKEN**. A judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of June, 2023.

/s/ William L. Osteen, Jr.
United States District Judge