

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR O. ARMSTRONG,         )
                             )
           Plaintiff,        )
                             )      1:23-cv-297
      v.                     )
                             )
NORTH CAROLINA, A.G. BATEMAN,)
and MATTHEW LEWIS SLETTEN,   )
                             )
           Defendants.       )

### ORDER

This matter is before this court for review of the Recommendation ("Recommendation") filed on September 22, 2023, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 23.) The Recommendation was served on the Plaintiff on September 22, 2023. (Doc. 24.) Plaintiff timely filed Objections. (Doc. 25.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions."

This court has appropriately reviewed the Recommendation and Plaintiff's Objections and has made a de novo determination

which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 23), is **ADOPTED**. **IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. 21), and the Petition for Leave to File Amended Complaint, (Doc, 22) are **STRICKEN** without a Certification that an appeal would have any merit.

**IT IS FURTHER ORDERED** that Plaintiff shall pay $200 as a monetary sanction for his abusive litigation conduct.

**IT IS FURTHER ORDERED** that Plaintiff is **ENJOINED** from filing any document with this court in any case unless and until he first pays any outstanding monetary sanction(s) and that any documents submitted to the court by Plaintiff prior to such payment shall be held for his retrieval or returned to him without docketing.

**IT IS FURTHER ORDERED** that, as a supplement to any other injunction(s) against him, Plaintiff is **ENJOINED** as follows: Plaintiff shall not file any documents in a closed case, unless the court, upon or in conjunction with its entry of judgment, chooses to authorize other specified filings (such as by certifying an appeal as of some merit). Any post-judgment documents submitted to the court by Plaintiff without

- 2 -

Case 1:23-cv-00297-WO-LPA   Document 26   Filed 01/08/24   Page 2 of 3

authorization or beyond the scope of any authorization shall be held for his retrieval or returned to him without docketing.

**IT IS SO ORDERED.**

This the 8 day of January, 2024.

_____
United States District Judge